08 CV 6297

JUDGE STEIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AURORA MARITIME INC.,                              :    08 CV
                                                   :
                    Plaintiff,                     :    ECF CASE
                                                   :
    - against -                                    :
                                                   :    **DISCLOSURE OF**
                                                   :    **INTERESTED PARTIES**
ANTARES TRANSPORT GmbH,                            :    **PURSUANT TO**
                                                   :    **FEDERAL RULE 7.1**
                    Defendant.                     :
------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are its corporate parent(s) or any publicly held corporation(s) that own(s) 10% or more of its stock: None.

Dated: July 11, 2008
       Southport, CT

                                          The Plaintiff,
                                          AURORA MARITIME INC.

                                          By: /s/ Kevin J. Lennon
                                              Kevin J. Lennon
                                              Patrick F. Lennon

                                          LENNON, MURPHY & LENNON, LLC
                                          The Gray Bar Building
                                          420 Lexington Avenue, Suite 300
                                          New York, NY 10170
                                          (212) 490-6050 - phone
                                          (212) 490-6070 - fax
                                          kjl@lenmur.com
                                          pfl@lenmur.com