USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

AURORA MARITIME INC.,                            :        08 Civ. 6297 (SHS)

                              Plaintiff,         :        ORDER FOR INITIAL
                                                          PRETRIAL CONFERENCE
        -against-                                :

ANTARES TRANSPORT GMBH,                          :

                              Defendant.         :

-----------------------------------------------------------------x


SIDNEY H. STEIN, U.S. District Judge.

        This case has been assigned to this Court for all purposes.  Counsel for all
parties are required to register promptly as filing users in accordance with the Procedures
for Electronic Case Filing.

        Counsel are directed to appear in courtroom 23A on October 10, 2008, at
10:30 a.m. p.m. for an initial pretrial conference pursuant to Fed. R. Civ. P. 16.  At that
time, counsel for all parties must appear prepared to discuss the progress of the case and the
scheduling of discovery proceedings, any dispositive motions, the feasibility of settlement
or alternative dispute resolution, the dates for future conferences, and the submission of a
joint pretrial order.

        Plaintiff's attorney shall send a copy of this Order to defendant's attorney.

        Attorneys are directed to consult the SDNY Procedures for Electronic Case
Filing and Judge Stein's Individual Rules for matters assigned to him.


Dated: New York, New York
       July 29, 2008

                                        SO ORDERED:

                                        _____
                                        Sidney H. Stein, U.S.D.J.