CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

AURORA MARITIME INC.,                          :
                                               :
                        Plaintiff,             :          08-CV-6297
                                               :
            v.                                 :          **NOTICE OF**
                                               :          **APPEARANCE**
ANTARES TRANSPORT GmbH,                         :
                                               :
                        Defendants.            :

---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York

Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       August 1, 2008

                                    CLARK, ATCHESON & REISERT
                                    Attorneys for Garnishee
                                    Societe Generale New York Branch

                        By:         _____
                                    Richard J. Reisert (RR-7118)
                                    7800 River Road
                                    North Bergen, NJ 07047
                                    Tel: (201) 537-1200
                                    Fax: (201) 537-1201
                                    Email: reisert@navlaw.com